

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

STEVE LEWIS, )
    Movant, )
v. ) Case No. CV605-59
) [Underlying CR604-10]
UNITED STATES OF AMERICA, )
    Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12 day of Sept, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

STEVE LEWIS )

vs ) CASE NUMBER CV605-59 (CR604-10)

UNITED STATES OF AMERICA ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated September 12, 2005, which is part of the official record of this case.

Date of Mailing: September 12, 2005

Date of Certificate ☐ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

Name and Address

Amy Lee Copeland, Esq.

Steve Lewis
11989-021
FCI
Fort Dix 5841 West
P.O. Box 7000
Fort Dix, NJ 08640

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate